QUARLES & BRADY LLP
Firm State Bar No. 00443101
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621
Tel:  (520) 770-8700
Fax: (520) 770-2203
E-Mail:  sboswell@quarles.com
Susan G. Boswell, Esq. (#004791)

and

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 818-9200
Fax: (212) 818-9606
E-Mail:  dgurfein@ssbb.com; maieta@ssbb.com; jregan@ssbb.com
Daniel G. Gurfein (Admitted Pro Hac Vice)
Mario Aieta (Admitted Pro Hac Vice)
James Regan (Admitted Pro Hac Vice)

Attorneys for Merrick Bank Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| MERRICK BANK CORPORATION, | NO. CV-09-1088-TUC-CKJ |
|---|---|
| Plaintiff, | **MERRICK BANK CORPORATION'S DISCLOSURE OF FACT WITNESSES** |
| vs. | |
| SAVVIS INC.; SAVVIS COMMUNICATIONS CORP., | |
| Defendants. | |

1  Plaintiff Merrick Bank Corporation ("Merrick"), by and through its attorneys,
2  Quarles & Brady LLP and Satterlee Stephens Burke & Burke LLP, pursuant to the
3  Court's December 29, 2008 Scheduling Order, hereby identifies the following fact witness
4  it may use at trial:
5  Joseph Majika
6  David Van Horn
7  David Watson
8  Mark Johnson
9  Craig Davis
10  Linda Ford
11  John Perry
12  Laurel Wadlund
13  Steve McHenry
14  Andrew Tate
15  Gary Levine
16  John Sutherland
17  Art Badger
18  Paul Harker
19  Adam Chovanak
20  Kipp Drake
21  Margi White
22  The information contained in this disclosure statement is based upon information
23  now available to Merrick.  Further investigation and examination may uncover additional
24  information and documents relating to this disclosure.  Merrick reserves the right to
25  revise, correct, add or clarify any of the statements set forth herein.  Merrick also reserves
26  the right to call any witness identified by the other parties to this action.

1
2  Dated: New York, New York
   March 1, 2010
3                                              Susan G. Boswell
                                               QUARLES & BRADY LLP
4                                              One South Church Avenue #1700
                                               Tucson, AZ 85701-1621
5                                                      and

6                                              Daniel G. Gurfein
                                               Mario Aieta
7                                              James Regan
                                               SATTERLEE STEPHENS BURKE & BURKE LLP
8                                              230 Park Avenue
                                               New York, NY  10169
9
                                               By:___/s/ James Regan_____
10                                             James Regan
                                               Attorneys for Merrick Bank Corporation
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was emailed to the following on March 1, 2010:

Jeremiah Kelman
Alison Plessman
Steven A. Marenberg
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Attorneys for Defendants Savvis

Michael R. Davisson
Valerie D. Rojas
SEDGWICK DETERT MORAN & ARNOLD
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90071
Attorneys for Plaintiff Cumis Insurance Society, Inc.


/s/  James Regan