IRELL & MANELLA LLP
Steven A. Marenberg (admitted pro hac vice)
*smarenberg@irell.com*
Alison L. Plessman (admitted pro hac vice)
*aplessman@irell.com*
Jeremiah Kelman (admitted pro hac vice)
*jkelman@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Cary Sandman SBN 004779
Suite 800, Williams Centre
5210 East Williams Circle
Tucson, AZ 85711
Telephone: (520) 790-5828
Facsimile:  (520) 745-1279

Attorneys for Defendants
SAVVIS, INC. and SAVVIS
Communications Corporation, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MERRICK BANK CORPORATION, a Utah corporation; SAVVIS, INC., a Delaware corporation, and DOES 1 through 1000,<br><br>    Defendants. | Case No. CV-07-0374-TUC-CKJ<br>Case No. CV-09-1088-PHX-CKJ<br>Case No. CV 08-2233-PHX-CKJ<br><br>**SAVVIS, INC. AND SAVVIS COMMUNICATIONS CORP.'S FACT WITNESS DISCLOSURE PURSUANT TO FRCP 26(a)(3)** |

SAVVIS FACT WITNESS DISCLOSURE
2195598

- 1 -

Pursuant to Federal Rule of Civil Procedure 26 and the Court's Scheduling Order, Defendants Savvis Communications Corp. and Savvis, Inc. (collectively, "Savvis") identify the following witnesses whom they may call live or by deposition at trial.

This witness list is not a commitment that Savvis will call any particular witness at trial or a representation that any of the witnesses listed are available or will appear for trial. Should any of the witnesses listed herein fail to appear at trial, Savvis reserves the right to use their deposition testimony. To the extent depositions have not yet been taken of some of the individuals listed below, Savvis reserves the right to call the witnesses by deposition rather than at trial. Defendants reserve the right to offer, or not offer, any of the witnesses listed herein, and Defendants also reserve the right to object to examination of these witnesses if Merrick Bank or Cumis attempt to call them at trial. Defendants also reserve the right to call any witness called by Merrick Bank or Cumis or listed by Merrick Bank or Cumis on their witness lists. Defendants reserve the right to offer rebuttal witnesses that are not identified on this list depending on the testimony of Merrick Bank's and Cumis's witnesses. As discovery is ongoing, Savvis reserves the right to supplement this list as additional facts are discovered.

**A. Witnesses That Savvis Expects To Call**

Savvis expects to call the following witnesses:

John Sutherland  (Savvis may elect to call Mr. Sutherland by deposition)
1908 South 294th Place
Federal Way, WA  98003
Phone:  (206) 255-3824 (represented by David Gehrke)

Paul Harker  (Savvis may elect to call Mr. Harker by deposition)
1 SAVVIS Parkway
Town & Country, MO  63017
Phone:  (713)401-9343

Adam Chovanak  (Savvis may elect to call Mr. Chovanak by deposition)


1  c/o Irell & Manella LLP
2  1800 Avenue of the Stars, Ste. 900
   Los Angeles, CA 90067.
3  Phone:  (206)419-9295

4
   Art Badger (Savvis may elect to call Mr. Badger by deposition)
5  30151 46th Avenue South
   Auburn, WA  98001
6  Phone:  253-946-0691

7
   Gary Levine (Savvis may elect to call Mr. Levine by deposition)
8  1390 Chain Bridge Road #660
   McLean, VA 22101
9  Phone:  (703) 286-7095

10

11 Bruce Cheng (Savvis may elect to call Mr. Cheng by deposition)
   3510 Schuerman House Dr.
12 Fairfax, VA 22031
   Phone: (703) 928-9889
13

14
   Andy Tate (Savvis may elect to call Mr. Tate by deposition)
15 Datalink Bankcard Services Company
   3505 Token Dr
16 Richardson, TX 75082
   Phone:  (800) 694-7999
17

18
   Laurel Wadlund (Savvis may elect to call Ms. Wadlund by deposition)
19 5079 East Calle De Las Chacras
   Tucson, AZ  85718
20 Phone:  520-626-9949

21
   Linda Ford (Savvis may elect to call Ms. Ford by deposition)
22 64 Collie Drive
   Sonoita, AZ  85637
23 Phone:  Unknown, represented by Merrick Bank ((212) 818-9200)

24
25 Steve McHenry (Savvis may elect to call Mr. McHenry by deposition)
   5621 N. Mina Vis
26 Tucson, AZ  85718-4121
27 Phone:  Unknown, represented by Merrick Bank ((212) 818-9200)

28
   Kipp Drake (Savvis may elect to call Mr. Drake by deposition)

```
 1    CardWorks Processing
 2    5451 East Williams Blvd.
      Suite 201
 3    Tucson, AZ  85711
 4    Phone:  (888) 999-6477

 5    Margi White (Savvis may elect to call Ms. White by deposition)
 6    CardWorks Processing
      5451 East Williams Blvd.
 7    Suite 201
 8    Tucson, AZ  85711
      Phone:  (888) 999-6477
 9
10    Bob Campbell (Savvis may elect to call Mr. Campbell by deposition)
      CardWorks Processing
11    5451 East Williams Blvd.
12    Suite 201
      Tucson, AZ  85711
13    Phone:  (888) 999-6477

14
      David Van Horn (Savvis may elect to call Mr. Horn by deposition)
15    Visa Inc.
16    123 Mission Street, 23rd Floor
      San Francisco, CA 94105
17    Phone:  (415) 932-2213

18
      Joseph Majka (Savvis may elect to call Mr. Majka by deposition)
19    Visa Inc.
20    123 Mission Street, 23rd Floor
      San Francisco, CA 94105
21    Phone:  (415) 932-2213

22
      Michael Timko (Savvis may elect to call Mr. Timko by deposition)
23    MasterCard Inc.
24    2000 Purchase Street
      Purchase, NY  10577-2509
25    Phone:  (914) 249-2000

26
      John Brady (Savvis may elect to call Mr. Brady by deposition)
27    MasterCard Inc.
28    2000 Purchase Street
```

SAVVIS FACT WITNESS DISCLOSURE
2195598                                              - 4 -

Purchase, NY  10577-2509
Phone:  (914) 249-2000

Christa Loger (Savvis may elect to call Ms. Loger by deposition)
c/o SEDGWICK, DETERT, MORAN & ARNOLD
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Phone:  (213) 426-6900

David Watson (Savvis may elect to call Mr. Watson by deposition)
c/o SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue
New York, NY 10169
Phone:  (212) 818-9200

Richard Urrutia (Savvis may elect to call Mr. Urrutia by deposition)
c/o SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue
New York, NY 10169
Phone:  (212) 818-9200

Fred Horn (Savvis may elect to call Mr. Horn by deposition)
c/o SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue
New York, NY 10169
Phone:  (212) 818-9200

Craig Davis (Savvis may elect to call Mr. Davis by deposition)
c/o SATTERLEE, STEPHENS, BURKE & BURKE
230 Park Avenue
New York, NY 10169
Phone:  (212) 818-9200

**B. Witnesses That Savvis May Call As The Need Arises**

Savvis may call the following witnesses:

Mike Gaire
c/o Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
Phone:  (310) 203-7563

| | |
|---|---|
| 1 | Tony Leete |
| 2 | 185 Claiborne Ave |
|   | Rocky Mount, Virginia 24151 |
| 3 | Phone: (540) 483-4616 |
| 4 | |
|   | Chris Mark |
| 5 | 6443 N. Business Park Loop Rd. Suite 8 |
| 6 | Park City, UT 84098 |
|   | Phone: (888) 616-3330 |
| 7 | |
| 8 | Mark Weiner |
|   | Reliant Security |
| 9 | 450 7th Ave., Suite 2305 |
| 10 | New York, NY 10123 |
|   | Phone: (917) 338-2200 |
| 11 | |
| 12 | Patrick Harbauer |
|   | Vonoa |
| 13 | 6745 Kingery Highway |
| 14 | Willowbrook, IL 60527 |
|   | Phone: (630) 590-5047 |
| 15 | |
| 16 | John Perry |
|   | 450 Windsor Place |
| 17 | Atlanta, GA 30327 |
| 18 | Phone: currently unknown |
| 19 | |
|   | John Cramp |
| 20 | 9800 Avenel Farm Drive |
| 21 | Rockville MD 20854 |
|   | Phone: (301) 469-1452 |
| 22 | |
| 23 | Tim Lum |
|   | Amadeus Revenue Integrity |
| 24 | 3530 East Campo Abierto, Suite 200 |
| 25 | Tucson, AZ 85718-5876 |
|   | Phone: (520) 577-6500 |
| 26 | |
| 27 | Bob Berger |
|   | CardWorks Processing |
| 28 | 5451 East Williams Blvd. |

Suite 201
Tucson, AZ  85711
Phone:  (888) 999-6477

Shane Kim
500 East Pratt Street, Ste. 1200
Baltimore, MD  21202
Phone:  currently unknown

Rob Metzger
c/o William Blair & Company
222 West Adams, 33rd Floor
Chicago, IL  60606
Phone:  currently unknown

Trudy Nowak
Anderson & Nowack, PLC
2211 E. Highland Ave., Suite 211
Phoenix, AZ 85016
Phone:  (602) 388-4192

John Christiansen
c/o SEDGWICK, DETERT, MORAN & ARNOLD
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Phone:  (213) 426-6900

Any or all of the credit unions identified by Cumis as its subrogees
c/o SEDGWICK, DETERT, MORAN & ARNOLD
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Phone:  (213) 426-6900

Curtis Yee
Verifi
8391 Beverly Blvd., Box #310
Los Angeles, CA 90048
(323) 655-5789

Alex Kravchenko
(Address and telephone number currently unknown)

| | |
|---|---|
| 1 | |
| 2 | John Patty |
|   | (Address and telephone number currently unknown) |
| 3 | |
| 4 | Gary Scott |
|   | (Address and telephone number currently unknown) |
| 5 | |
| 6 | Lauren Holloway |
|   | (Address and telephone number currently unknown) |
| 7 | |
| 8 | Steve Ruwe |
|   | (Address and telephone number currently unknown) |
| 9 | |
| 10 | Chris Novak |
|    | (Address and telephone number currently unknown) |
| 11 | |
| 12 | Guardent (Person Most Knowledgeable) |
|    | (Address and telephone number currently unknown) |
| 13 | |
| 14 | McGladrey & Pullen (Person Most Knowledgeable) |
|    | (Address and telephone number currently unknown) |
| 15 | |
| 16 | John Pappajohn |
|    | (Address and telephone number currently unknown) |
| 17 | |
| 18 | R. Scott Patterson |
|    | (Address and telephone number currently unknown) |
| 19 | |
| 20 | Thomas P. Staudt |
|    | (Address and telephone number currently unknown) |
| 21 | |
| 22 | David L. Warnock |
|    | (Address and telephone number currently unknown) |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2  Dated:  March 1, 2010                    Respectfully submitted,
3                                            IRELL & MANELLA LLP
                                             Steven A. Marenberg
4                                            Alison L. Plessman
                                             Jeremiah Kelman
5
6
7                                            By:  */s/ Alison L. Plessman*
                                                  Alison L. Plessman
8                                                 Attorneys for Defendants SAVVIS,
                                                  Inc. and SAVVIS Communications
9                                                 Corporation, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SAVVIS FACT WITNESS DISCLOSURE
2195598                                  - 9 -